AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
Chelsea Leigh Short

Case No: 8:20-cr-00022-JFB-SMB-2
USM No:

Date of Original Judgment: 11/17/2020
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Federal Public Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This matter is before the Court on defendant's motion for a sentence reduction under U.S.S.C. Amendment 821. Filing No. 188. The motion was referred to the Federal Public Defender's office. The Federal Public Defender has reviewed defendant's submission and finds the defendant does not qualify for this reduction. Further, the Public Defender has now moved to withdraw from this case. Filing No. 192. Specifically, the criminal history category remains unchanged and therefore no relief is allowed under Amendment 821.

Therefore, it is ordered that defendant's motion for a sentence reduction, Filing No. 188, is denied. It is further ordered that the Federal Public Defender's motion to withdraw, Filing No. 192, is granted.

Except as otherwise provided, all provisions of the judgment dated 11/17/2020 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/6/2025

*Judge's signature*

Joseph F. Bataillon, Senior United States District Judge
*Printed name and title*

Effective Date:
*(if different from order date)*